**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **DEREK BLOCK**, *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 2:20-cv-3686-SDM-CMV |
| : | |
| v. : | Judge Sarah D. Morrison |
| : | |
| **JIM CANEPA**, *et al.*, : | Magistrate Judge Chelsey M. Vascura |
| : | |
| Defendants. : | |

## DISMISSAL STIPULATION

In the above entitled action, it is agreed by all parties that have appeared in the case that, pursuant to Fed R Civ P 41(a)(1)(A)(ii), Plaintiff DEREK BLOCK hereby dismisses with prejudice all claims against the defendants, and waives all rights of appeal. No interest, no costs to any party.

Respectfully Submitted,

| | |
|---|---|
| **/s/ Nelson E. Genshaft** | **/s/ Trista Turley-Martin (by consent)** |
| NELSON EUGENE GENSHAFT (0011023) | TRISTA M. TURLEY-MARTIN (0093939) |
| *Trial Counsel* | *Trial Counsel* |
| 575 S. Third Street | Associate Assistant Attorney General |
| Columbus, Ohio 43215 | 30 E. Broad Street, 26th Floor |
| (614) 228-6345 - Telephone | Columbus, OH 43215 |
| (614) 228-6369 – Facsimile | (614) 387-3387 – Telephone |
| neg@columbuslawyer.net | (877) 508-2407 – Facsimile |
| | Trista.Turley-Martin@ohioattorneygeneral.gov |
| JOSEPH ALAN BEUTEL (35085-49) | |
| 50 S. Meridian St., #505 | |
| Indianapolis, IN 46204 | MARISSA J. PALUMBO (0089283) |
| (317) 639-1326 – Telephone | Senior Assistant Attorney General |
| (317) 638-9891 – Facsimile | 30 E. Broad Street, 16th Floor |
| joe@beutellaw.com | Columbus, OH 43215 |
| | (614) 644-7257 – Telephone |
| | (877) 634-8135 – Facsimile |
| ROBERT D. EPSTEIN (6726-49) | ELSReview@ohioattorneygeneral.gov |
| 50 S. Meridian St., #505 | |
| Indianapolis, IN 46204 | |
| (317) 639-1326 – Telephone | |
| (317) 638-9891 – Facsimile | |
| Rdepstein@aol.com | |

| | |
|---|---|
| JAMES ALEXANDER TANFORD (16982-53)<br>50 S. Meridian St., #505<br>Indianapolis, IN 46204<br>(317) 639-1326 – Telephone<br>(317) 638-9891 – Facsimile<br>tanfordlegal@gmail.com<br><br>**ATTORNEYS FOR PLAINTIFFS** | JONATHAN FULKERSON<br>Deputy Attorney General<br>30 E. Broad Street, 17th Floor<br>Columbus, OH 43215<br>(614) 466-4320 - Telephone<br>(866) 403-3978 – Facsimile<br>Jonathan.Fulkerson@ohioattorneygeneral.gov<br><br>**ATTORNEYS FOR DEFENDANTS**<br><br>*/s/ John J. Kulewicz (by consent)*<br>JOHN J. KULEWICZ (0008376)<br>P.O. Box 1008<br>52 E. Gay Street<br>Columbus, OH 43216<br>(614) 464-5634 – Telephone<br>jjkulewicz@vorys.com<br><br>TIMOTHY J. BECHTOLD (0015924)<br>P.O. Box 1008<br>52 E. Gay Street<br>Columbus, OH 43216<br>(614) 464-8257 – Telephone<br>(614) 719-5256 – Facsimile<br>tjbechtold@vorys.com<br><br>HENRIQUE A. GEIGEL (0091270)<br>52 E. Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216<br>(614) 464-6202 – Telephone<br>(614) 719-4634 – Facsimile<br>hageigel@vorys.com<br><br>**ATTORNEYS FOR INTERVENOR DEFENDANT WHOLESALE BEER & WINE ASSOCIATION OF OHIO** |

## CERTIFICATION

I hereby certify that on February 3, 2021, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Nelson E Genshaft
Nelson E Genshaft  (0011023)