**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DEREK BLOCK,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 2:20-cv-03686** |
| | : | |
| **v.** | : | **Judge Sarah D. Morrison** |
| | : | |
| **JIM CANEPA,** *et al.*, | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **Defendants.** | : | |

## DEFENDANT DAVE YOST'S UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT DATE

Defendant Ohio Attorney General Dave Yost moves this Court for an order continuing the oral arguments currently scheduled for August 3, 2022.  On June 24, 2022, Judge Sarah D. Morrison ordered oral argument on all pending motions to be held on August 3, 2022.

Defendant Dave Yost seeks this continuance of the oral argument date for good cause as trial counsel representing Defendant Yost, Marissa Palumbo, is out of the office on unplanned medical leave through August 5, 2022. Defendant is requesting the oral arguments be re-scheduled for once Ms. Palumbo has returned from her medical leave.

Counsel for Plaintiffs, James A. Tanford, and counsel for Defendant Wholesale Beer & Wine Association of Ohio, Henrique Geigel, were contacted by undersigned counsel and consented (on July 19 and July 18, respectively) to continuing the August 3, 2022 oral argument date. Defendant Dave Yost states that this Motion is well-founded and respectfully requests that the Court grant the Motion.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*/s/ Kaitlyn M. Kachmarik*

MARISSA J. PALUMBO (0089283)
*Trial Counsel*
Senior Assistant Attorney General
Ohio Attorney General's Office
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 – Telephone
ELSReview@OhioAGO.gov

KAITLYN M. KACHMARIK (0095993)
Associate Assistant Attorney General
Ohio Attorney General's Office
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7250 – Telephone
(614) 644-7634 – Facsimile
Kaitlyn.Kachmarik@OhioAGO.gov

JONATHAN R. FULKERSON (0068360)
Deputy Attorney General
Ohio Attorney General's Office
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-4320 – Telephone
Jonathan.Fulkerson@OhioAGO.gov

*Counsel for Defendant Dave Yost*

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Defendant Dave Yost's Motion to Continue Oral Argument Date* was filed electronically on July 20, 2022.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Kaitlyn M. Kachmarik*

KAITLYN M. KACHMARIK (0095993)
Assistant Attorney General