AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| DEREK BLOCK, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:20-CV-3686 |
| JIM CANEPA, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Sarah D. Morrison on a motion for _____
OPINION AND ORDER: the Attorney General's Motion for Summary Judgment (ECF No. 53) and WBWAO's Motion for Summary Judgment (ECF No. 51) are GRANTED. Plaintiffs' Motion for Summary Judgment (ECF No. 52) is DENIED; Amended Motion for Relief from Orders (ECF No. 54) is DENIED; Motion to Strike Kerr Report (ECF No. 55) is GRANTED IN PART and DENIED IN PART;
Motion to Strike Stevenson/Jones Report (ECF No. 56) is GRANTED IN PART and DENIED IN PART; and Motion to Strike Inadmissible Lay Opinions (ECF No. 57) is DENIED. Finally, WBWAO's Motion to Strike (ECF No. 60) is DENIED as moot.

Date: 09/12/2022

*CLERK OF COURT*

s/Maria Rossi Cook

*Signature of Clerk or Deputy Clerk*